UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENYATTA WILLIS,**                                                                                   **PLAINTIFF**

**VS.**                                            **4:15-CV-00314 BRW**

**LITTLE ROCK POLICE DEPARTMENT; and**
**STATE OF ARKANSAS**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED WITHOUT PREJUDICE.

I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 22nd day of June, 2015.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).